**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:  John & Cherrill Gaul, et. al.    ) | |
| ) | **Case No:**    09 B 07523 |
| ) | **Judge:**        Cassling |
| ) | **Chapter**      13 |
| **Debtors**                                           ) | |
| ) | |

## NOTICE OF MOTION

**Served upon the following parties electronically:**
The United States Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604
Trustee Glenn Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532
**and served upon the following parties via U.S. Mail:**
**All Debtors**

PLEASE TAKE NOTICE that on the 16th of May, 2014 at 9:30 A.M., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Cassling, or any other Bankruptcy Judge presiding in his place in Courtroom 240 of the Kane County Courthouse, 100 S. Third Street, Geneva, IL, on the attached Omnibus Motion to Substitute Attorney, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before 6:00 p.m. on or before May 6, 2014.

_____/s/ Jason Blust____

Jason Blust
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 200
Chicago, IL 60606
312-273-5001

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:  John & Cherrill Gaul, et. al.        )
                                             )    Case No:    09 B 07523
                                             )    Judge:      Cassling
                                             )    Chapter     13
   Debtors                                   )
                                             )

## OMNIBUS MOTION TO SUBSTITUTE ATTORNEY

Now comes the Law Office of Jason Blust, LLC, by and through its attorney, Jason Blust, and for its Omnibus Motion to Substitute Attorney represents as follows:

1. The Law Office of Jason Blust, LLC has agreed to take over representation of all active Chapter 13 cases filed by Macey Bankruptcy Law.

2. Counsel for the Law Office of Jason Blust, LLC has spoken with the Debtors referenced below, and they have all agreed to be represented by the Law Office of Jason Blust, LLC:

| Case No. | Debtor(s) |
|---|---|
| 09-07523 | John & Cherrill Gaul |
| 09-28097 | Nellie Vega |
| 09-34600 | Kenneth & Elaine Schmidt |
| 09-37746 | Michael Spleha |
| 09-38328 | Bryan & Debra Panfil |
| 09-43009 | Julie Lester |
| 09-47879 | William & Samantha Archer |
| 09-49322 | Alesandro & Norma Perez |
| 10-00611 | Emma Tucker |
| 10-12221 | Jonathan Frye |
| 10-12238 | Angela Livolsi |
| 10-14903 | Richard Wilson |
| 10-23421 | Sara Burke |
| 10-24340 | Hector Gonzalez |
| 10-26245 | Ronald & Elizabeth Turner |
| 10-42016 | Joseph & Patsy Walker |
| 10-45647 | Craig & Kimberly Fauth |
| 10-46314 | Mario & Christina Rodriguez |
| 10-53958 | James & Donna Moriarty |

| | |
|---|---|
| 10-55283 | Jeff & Kathy Barton |
| 10-57722 | Brian & Deborah Kelly |
| 11-05589 | Susan MacPhail |
| 11-09489 | Patricia Hayes |
| 11-10389 | Jose Nieves |
| 11-10414 | George & Viola Freese |
| 11-11772 | Ricardo & Judith Javier |
| 11-13773 | Richard Bean |
| 11-13801 | Barbara Gilbert |
| 11-19781 | John & Nancy Devito |
| 11-19792 | Pamela Gordon |
| 11-19793 | Debbie Avalos |
| 11-20617 | Louis & Cathy Lagrasse |
| 11-25742 | Jeffrey Neufeld |
| 11-27985 | Matthew Watson |
| 11-34166 | Louis Ruiz |
| 11-34180 | Felix & Josefina Lopez |
| 11-35362 | Stephen Madison |
| 11-35385 | Lynda Miller |
| 11-38174 | Patricia Richardson |
| 11-39338 | Olivia Jordan |
| 11-41108 | Ann Cassidy |
| 11-41117 | Michael & Heather Barry |
| 11-41122 | Jimmie & Dorothy Lynn |
| 11-46015 | Robert Hisaw |
| 11-46022 | Edmond & Corazon Reformado |
| 12-02314 | Robert & Barbara Crowley |
| 12-09632 | Frank Razzino |
| 12-09641 | Ivan Marcial & Helga Marcial-Bravo |
| 12-09661 | Jennifer Hajicek |
| 12-10841 | Joan Kasper |
| 12-15766 | Gregory & Judith Havemann |
| 12-19578 | Gerardo Amaro |
| 12-22029 | Charles & Cindi Brancheau |
| 12-22053 | Georgia Opsahl |
| 12-36248 | LaFron Aldridge |
| 12-41755 | Bryan Wyka |
| 12-42757 | Maria Escobedo |
| 12-44768 | Timothy & Glenda Deking |
| 13-07686 | George & Latrice Murphy |
| 13-12366 | Ernesto & Beatriz Tapia |

**WHEREFORE**, The Law Office of Jason Blust, LLC and attorney Jason Blust respectfully requests that they be substituted as attorney for all referenced Debtors in this Motion.

Respectfully submitted,

     /s/ Jason Blust

Jason Blust
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 200
Chicago, IL 60606
312-273-5001